FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-21-00015-CV

Eric **PASANISI** and Tanganyika Wildlife Safari, Ltd.,
Appellants

v.

Mark **VANHAM** and Klineburger Vanham International Hunting Consultants, LLC.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08521
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file their brief is GRANTED. Appellees' brief is due on or before **July 30, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court